In the Matter of JOSEPH GREMLER, Deceased.— Decree affirmed, with costs to

respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Biow Bancservice, Inc., Respondent, v. Industrial Finance Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.